UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GAYLAND BRION COLES | Case No.: 20-12606 |
| Plaintiff, | Linda V. Parker |
| v. | United States District Judge |
| SCION STEEL, INC. *et al.*, | Curtis Ivy, Jr. |
| Defendants. | United States Magistrate Judge |
| _____/ | |

**ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND (ECF No. 76)**

This matter is before the Court on Defendants' motion to extend the time to respond to Plaintiff's motion for summary judgment. (ECF No. 76).

Where, as here, a motion to extend is brought before the time to act has passed, Federal Rule of Civil Procedure 6(b)'s good cause standard applies. In support of the motion, Defendants request more time because Plaintiff filed 40 pages of exhibits ten days after he filed his motion for summary judgment, leaving less than the allotted 21 days for Defendants to review the exhibits and respond accordingly; because of conflicts in Defendants' counsel's schedule; and because of the upcoming religious observances. The Court finds Defendants have shown good cause. The motion is **GRANTED**. Defendants' response brief must be filed

1

**on or before April 17, 2023**. Plaintiff's reply brief, if any, must be filed on or before May 1, 2023.[1]

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: March 31, 2023.                    s/Curtis Ivy, Jr.
                                         Curtis Ivy, Jr.
                                         United States Magistrate Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on March 31, 2023.

---

[1] The Court issues this order without a response from Plaintiff because of the timing of the motion, Defendants have shown good cause for an extension, and this extension does not prejudice Plaintiff.

s/Kristen MacKay
Case Manager
(810) 341-7850