UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GAYLAND BRION COLES

    Plaintiff,

Civil Case No. 20-12606
Honorable Linda V. Parker

v.

SCION STEEL, INC. *et al.*

    Defendants.
_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE IVY'S SEPTEMBER 18, 2023 REPORT & RECOMMENDATION (ECF NO. 94)

Plaintiff commenced this lawsuit against Defendants on September 16, 2020. On May 8, 2023, Defendants filed their motion for summary judgment (ECF No. 80). The matter has been assigned to Magistrate Judge Ivy for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

On September 18, 2023, Magistrate Judge Ivy issued a report and recommendation ("R&R") recommending that the Court grant Defendants' motion for summary judgment and dismiss Defendants. At the conclusion of his R&R, Magistrate Judge Ivy advised the parties that they may object to and seek review of the R&R within fourteen (14) days of service upon them. He further specifically

advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Ivy. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendants' motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that Defendants are dismissed.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: November 16, 2023

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 16, 2023, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan  
Case Manager